# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT & PRETRIAL CONFERENCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: CR 17-107 DWF/TNL |
| | Date: October 26, 2018 |
| Michael Morris (1), | Court Reporter: Lynne Krenz |
| Pawinee Unpradit (4), | Courthouse: St. Paul |
| Saowapha Thinram (5), | Courtroom: 7C |
| Thoucharin Ruttanamongkongul (16) | Time Commenced: 1:15 PM |
| Waralee Wanless (20), | Time Concluded: 5:10 PM |
| Defendants. | Sealed Hearing Time: |
| | Time in Court: 3 Hours & 55 Minutes |

APPEARANCES:

   For Plaintiff:  Laura M. Provinzino and Melinda A Williams, Assistant United States Attorney
   For Defendant Michael Morris:  Robert D. Sicoli
   For Defendant Pawinee Unpradit:  Daniel L. Gerdts
   For Defendant Saowapha Thinram:  Paul C. Engh
   For Defendant Thoucharin Ruttanamongkongul: Daniel C. Guerrero
   For Defendant Waralee Wanless:  Bruce M. Rivers
   Thai Interpreters:  Paul Littana and Khandy Vongxay

PROCEEDINGS:.

ARRAIGNMENT:  Counsel on behalf of defendants indicated:
   ☒ Reading of Indictment Waived  and  ☒ Not Guilty Plea Entered on Third Superseding Indictment.

PRETRIAL CONFERENCE:  Held.

IT IS ORDERED:
- ☒ The Court ruled on motions in limine consistent with his comments on the bench.
- ☒ Defendant's Joint Motion for Jury Questionnaire taken under advisement; Order to be issued.
- ☒ Defendant's remanded to custody of U.S. Marshal Service.
- ☒ Trial to commence November 5, 2018 at 8:30 a.m.

                                                                        S/L. Sampson
                                                                        Courtroom Deputy