## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,                                    Criminal No. 17-107 (DWF/TNL)

               Plaintiff,

v.                                                                      **ORDER**

Michael Morris, a/k/a Bill (1),

Pawinee Unpradit, a/k/a Fon,
a/k/a Jamjit Unpradit,
a/k/a Pawinee Kiertivadthananod (4),

Saowapha Thinram, a/k/a Nancy,
a/k/a Kung (5),

Thoucharin Ruttanamongkongul,
a/k/a Ann, a/k/a Noiy (16), and

Waralee Wanless, a/k/a Wan,
a/k/a Warlee Duarte,
a/k/a Warlee Alcaraz (20),

               Defendants.

      The Court conducted a pretrial on October 26, 2018, at which time it ruled off the bench on a number of issues relating to jury selection, as well as a number of motions in limine. At that time, the Court took under advisement specific requests from defense counsel with respect to voir dire questions as well as defense counsels' motion for a jury questionnaire.

Based upon the presentations of counsel, the Court having reviewed all submissions of counsel, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. **Jury Questionnaire**. The Court respectfully **DENIES** defense counsels' Motion for Use of a Jury Questionnaire, (Doc. No. [919]), to be distributed on November 5, 2018. This decision of the Court is based upon the Court's willingness to ask a number of questions during voir dire and to permit counsel to ask a number of questions. The Court concludes that a jury questionnaire is not necessary to select a fair and impartial jury in fairness to all parties before the Court.

2. With respect to the request of defense counsel for the Court to ask proposed specific individual questions, the Court, in addition to the voir dire that it has supplied counsel during the pretrial on October 26, 2018, will ask the following question, which will follow question 14.m. on page 22. "Have you, a close friend, or any member of your family ever been subjected to violence of a sexual nature?"

To the extent any counsel continues to have an inquiry about the propriety of any question or questions that they may ask a potential juror, each counsel will have an

opportunity to consult the Court prior to the beginning of jury selection on November 5, 2018.

Dated:  November 1, 2018            <u>s/Donovan W. Frank</u>
                                    DONOVAN W. FRANK
                                    United States District Judge