## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

               Plaintiff,

v.

Michael Morris,
  a/k/a Bill,

               Defendant.

Criminal No. 17-107(1) (DWF/TNL)

**ORDER APPROVING
STIPULATION OF SETTLEMENT
AND AMENDING PRELIMINARY
ORDER OF FORFEITURE**

This matter comes before the Court on the Stipulation of Settlement With Respect to Real Property entered into between the United States, Defendant Michael Morris, and Third-Party Myeongsuk Lee (Doc. No. 1974) regarding the United States' motion to have the real property described below included in the Preliminary Order of Forfeiture issued against Defendant Michael Morris (Doc. No. 1952).

Based on the Stipulation of Settlement With Respect to Real Property entered into between the United States, Defendant Morris, and Myeongsuk Lee; and on the Court having found that certain property is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(c), 982(a)(1) and 1594, 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2; the Court finds that the following amendments to the Preliminary Order of Forfeiture issued against Defendant Michael Morris on August 25, 2020 (Doc. No. 1952) are appropriate pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), 21 U.S.C. § 853(g), and paragraphs 9, 10 and 15 this Court's Preliminary Order of Forfeiture against Defendant Morris (Doc. No. 1952).

**IT IS HEREBY ORDERED** that:

1.      The Stipulation of Settlement Regarding Forfeiture of Real Property between the United States, Defendant Morris, and Myeongsuk Lee (Doc. No. [1974]) is hereby **APPROVED**;

2.      The Preliminary Order of Forfeiture against Defendant Morris that was entered on August 25, 2020 (Doc. No. [1952]) is hereby **AMENDED**, and the following quoted language is added to and included in that Preliminary Order of Forfeiture:

"17.     Defendant Morris's interest in the following property is hereby forfeited to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 1594(d), and 28 U.S.C. § 2461:

The real property and premises located at 35655 Capitola Court, Wildomar, California, legally described as:

LOT 11 OF TRACT NO. 31479, IN THE CITY OF WILDOMAR, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP FILED IN BOOK 437, PAGE 95 THROUGH 99 INCLUSIVE OF MAPS, RECORDS OF SAID COUNTY.

("the Real Property");"

3.      Myeongsuk Lee's interest in the Real Property shall be resolved through a subsequent order consistent with the terms of the parties' Stipulation Regarding Forfeiture of Real Property.

4.      All other aspects of the Preliminary Order of Forfeiture issued against Defendant Michael Morris remain in effect.

Dated:  September 21, 2020                 s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          United States District Judge